UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INCLUSION, INC.; EXCEPTIONAL CHILD CENTER, INC.; LIVING INDEPENDENTLY FOR EVERYONE, INC.; TOMORROW'S HOPE SATELLITE SERVICES, INC.; WDB, INC., <br><br>Plaintiffs,<br><br>v.<br><br>RICHARD ARMSTRONG, and LESLIE CLEMENT, in their official capacities,<br><br>Defendants. | Case No. 1:09-cv-00634-BLW <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order (Dkt. 39) entered on December 12, 2011,

IT IS ORDERED, ADJUDGED AND DECREED THAT

1. Judgment is entered for Plaintiffs. The relative rights and obligations of the parties are as set out in that Memorandum Decision and Order (Dkt. 39).

**JUDGMENT - 1**

2. Defendants shall implement immediately the reimbursement rates for Supported Living Residential Habilitation Services, as set out in and consistent with that Memorandum Decision and Order (Dkt. 39).

3. The clerk is directed to close this case.

DATED: April 12, 2012

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 2